Matter of Sachs v Dominguez (2026 NY Slip Op 01327)

Matter of Sachs v Dominguez

2026 NY Slip Op 01327

Decided on March 10, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 10, 2026

Before: Kennedy, J.P., Scarpulla, Gesmer, Mendez, Hagler, JJ.

Appeal No. 5803|Case No. 2025-06069|

[*1]In the Matter Laura Ann Sachs, et al., Petitioners,
vHon. Denise M. Dominguez etc., et al., Petitioners, Laura M. Brancato et al., Respondents, H.M. also known as H.A.M., etc., Additional Respondent.

Laura Ann Sachs and Allan Preston Sachs-Ambia, petitioners pro se.
Letitia James, Attorney General, New York (Miranda Onnen of counsel), for Hon. Denise M. Dominguez, respondent.

The above-named petitioners having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,
Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,
It is unanimously ordered that the application be and the same hereby is granted only to the extent that the court presiding over the underlying Article 81 Guardianship proceeding concerning H.M. a.k.a. H.A.M., an incapacitated person:
Shall vacate the Guardianship Court's order dated June 27, 2024, and reinstate Laura Ann Sachs and Allan Preston Sachs-Ambia as co-Guardians of the person and property of H.M. a.k.a. H.A.M.; and
Shall remove Laura M. Brancato, Esq. as Guardian of the person and property of H.M. a.k.a. H.A.M., rescind her Commission to act in such capacity and direct that she turn over to Petitioners all of the medical, tax and financial records, funds and accounts of the Guardianship; and the application is otherwise denied.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: March 10, 2026